UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT of
JOHN CONSIGLIO as Owner of a
1990 38' Island Packet vessel named
"PLANET CLARE" for EXONERATION FROM
AND LIMITATION OF LIABILITY

---------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

25-CV-00707 (RER) (ARL)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated January 8, 2026, (ECF No. 19 ("R&R")), Magistrate Judge Arlene R. Lindsay recommended that the Court grant Petitioner's motion for default. (*Id.*) Judge Lindsay advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, no party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety.

The Clerk of Court is directed to enter judgment in favor of Petitioner and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
_____
RAMÓN E. REYES, JR.
United States District Judge

Dated: February 17, 2026
     Brooklyn, New York